1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6

7  Attorneys For Defendant
   Bayer Pharmaceuticals Corporation

8

9          UNITED STATES DISTRICT COURT
10     FOR THE NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION

11 LUPE DE LEON and ANNA MACIAS  ) Case No.
12 DE LEON,                      )  CV 07 6206
                                 )
13          Plaintiffs,           ) DEFENDANT BAYER
                                 ) PHARMACEUTICALS
14      v.                        ) CORPORATION'S
                                 ) CERTIFICATION OF INTERESTED
                                 ) ENTITIES OR PERSONS
15 BAYER PHARMACEUTICAL          ) PURSUANT TO LOCAL RULE 3-16
16 CORPORATION; DOES ONE through ) AND FEDERAL RULE OF CIVIL
   ONE HUNDRED, and each of them,) PROCEDURE 7.1
17                               )
                                 )
18          Defendants.           )
                                 )
19                               )
                                 )
20 _____ )

21

22         Pursuant to Civil Local Rule 3-16, the undersigned certifies that the

23 following listed persons, associations of persons, firms, partnerships, corporations

24 (including parent corporations), or other entities (i) have a financial interest in the

25 subject matter in controversy or in a party to the proceeding, or (ii) have a non-

26 financial interest in that subject matter or in a party that could be substantially affected

27 by the outcome of this proceeding:

28

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

1. Lupe De Leon.

2. Anna Macias De Leon.

3. Bayer Pharmaceuticals Corporation, which is wholly owned by Bayer Corporation.

3. Bayer Corporation, which is wholly owned by Bayer AG, a German corporation.

4. Bayer AG, which is a publicly-traded German corporation.

If additional parties become known during the course of discovery, then Bayer Corporation will amend this certification to bring such additional names to the attention of the Court.

Dated: December 6, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: _____
Christine K. Son
Attorneys for Defendant Bayer Pharmaceuticals Corporation

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 7, 2007, I served the foregoing document described as **DEFENDANT BAYER PHARMACEUTICALS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on all interested parties in this action as follows (or as on the attached service list):

Jo Ann Kingston
4200 Park Blvd., #271
Oakland, California 94602

☒ **(VIA U.S. MAIL)** I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 7, 2007, at Los Angeles, California.

*Deborah J. Kelly* (signature)
Deborah J. Kelly

---
3
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

```
 1 │ Catherine Valerio Barrad (SBN 168897)
   │ cbarrad@sidley.com
 2 │ Christine K. Son (SBN 223190)
   │ cson@sidley.com
 3 │ SIDLEY AUSTIN LLP
   │ 555 West Fifth Street, Suite 4000
 4 │ Los Angeles, California 90013-1010
   │ Telephone: (213) 896-6000
 5 │ Facsimile: (213) 896-6600
 6 │
 7 │ Attorneys For Defendant
   │ Bayer Pharmaceuticals Corporation
 8 │
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LUPE DE LEON and ANNA MACIAS DE LEON, | Case No. _____ |
| Plaintiffs, | **DEFENDANT BAYER PHARMACEUTICALS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| v. | |
| BAYER PHARMACEUTICAL CORPORATION; DOES ONE through ONE HUNDRED, and each of them, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

1.    1.    Lupe De Leon.

2.    2.    Anna Macias De Leon.

3.    3.    Bayer Pharmaceuticals Corporation, which is wholly owned by Bayer Corporation.

3.    3.    Bayer Corporation, which is wholly owned by Bayer AG, a German corporation.

4.    4.    Bayer AG, which is a publicly-traded German corporation.

If additional parties become known during the course of discovery, then Bayer Corporation will amend this certification to bring such additional names to the attention of the Court.

Dated: December 6, 2007

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son

By: _____
Christine K. Son
Attorneys for Defendant Bayer Pharmaceuticals Corporation

---

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 7, 2007, I served the foregoing document described as **DEFENDANT BAYER PHARMACEUTICALS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on all interested parties in this action as follows (or as on the attached service list):

Jo Ann Kingston
4200 Park Blvd., #271
Oakland, California 94602

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 7, 2007, at Los Angeles, California.

*Deborah J. Kelly*
Deborah J. Kelly

3
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION