**ORIGINAL**

1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600

6
   Attorneys For Defendant
7  Bayer Pharmaceuticals Corporation

FILED
07 DEC -7 AM 11:45

E-filing

8
                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11

12  LUPE DE LEON and ANNA MACIAS    )  Case No. CV 07-6206
    DE LEON,                        )
13                                  )  **DEFENDANT BAYER**
              Plaintiffs,           )  **PHARMACEUTICALS**
14                                  )  **CORPORATION'S NOTICE OF**
         v.                         )  **PENDENCY OF OTHER ACTIONS**
15                                  )  **OR PROCEEDINGS**
                                    )
16  BAYER PHARMACEUTICAL            )
17  CORPORATION; DOES ONE through   )
    ONE HUNDRED, and each of them,  )
18                                  )
                                    )
19            Defendants.           )
                                    )
20  _____  )

21

---

BAYER PHARMACEUTICALS CORPORATION'S
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

1  Pursuant to Civil Local Rule 3-13, Bayer Pharmaceuticals Corporation
2  (incorrectly named in the caption as "Bayer Pharmaceutical Corporation") gives
3  notice that the above-captioned action involves a material part of the same subject
4  matter as the following pending actions and proceedings, which concern the assertion
5  of personal injury claims relating to the use of the prescription medication Trasylol®.

Cases Pending In the Northern District of California:

*Nitzberg v. Bayer Corp.*, Case No. 07-4399, filed on or about August 27, 2007. The case has been assigned to the Hon. Claudia Wilken.

Cases Pending In Other State and Federal Courts:

*Bakan v. Bayer Corp.*, Case No. 07-220, pending in the United States District Court for the Middle District of Florida.

*Ballard v. Bayer Corp.*, Case No. 07-CV-01288-VLB, pending in the New Haven, Connecticut Superior Court.

*Balogh v. Bayer Corp.*, October Term, 2007 Case No. 614, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Cohen v. Bayer Corp.*, Case No. CV-07-5015869-S, pending in the New Haven, Connecticut Superior Court.

*Davis v. Bayer Corp.*, Case No. 07-115, pending in the United States District Court for the Middle District of Tennessee.

*De Toro v. Bayer Corp.*, Case No. 3428, writ of summons filed, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Fast v. Bayer Corp.*, Case No. 07-82, pending in the United States District Court for the Northern District of West Virginia.

*Fox v. Bayer Corp.*, Case No. 0277, writ of summons filed, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Glunt v. Bayer Corp.*, Case No. 1080, writ of summons filed, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Green v. Bayer Corp.*, September Term, 2007 Case No. 1904, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Lanham v. Bayer Corp.*, Case No. 07-1687, pending in the United States District Court for the Southern District of Texas.

*Mack v. Bayer Corp.*, No. 07-1151, pending in the United States District Court for the District of Connecticut.

*Morrill v. Bayer Pharmaceuticals Corp.*, Case No. 07-819, pending in the United States District Court for the Middle District of Florida.

*O'Connor v. Bayer Corp.*, Case No. 07-633, pending in the United States District Court for the Southern District of California.

*Oshop v. Bayer Corp.*, Case No. CV-07-5015142-S, pending in the New Haven, Connecticut Superior Court.

*Pesl v. Bayer Corp.*, Case No. 07-2819, pending in the United States District Court for the Southern District of Texas.

*Randone v. Bayer Corp.*, Case No. CV-07-5015868-S, pending in the New Haven, Connecticut Superior Court.

*Reider v. Bayer Corp.*, Case No. 07-1688, pending in the United States District Court for the Western District of Louisiana.

*Reber v. Bayer Corp.*, Case No. NNH-CV-07-5013304-S, pending in the New Haven, Connecticut Superior Court.

*Sessums v. Bayer AG*, Case No. 07-436, pending in the United States District Court for the Southern District of Mississippi.

*Ware v. Bayer Corp.*, Case No. 07-CV-01305, pending in the United States District Court for the Central District of California.

*Wease v. Bayer Corp.*, Case No. 07-1659, pending in the United States District Court for the Northern District of Georgia.

1  *Williams v. Bayer Corp.*, Case No. 07-0004, pending in the United States
2  District Court for the Middle District of Tennessee.

4  Dated: December 6, 2007                    SIDLEY AUSTIN LLP
                                              Catherine Valerio Barrad
                                              Christine K. Son

                                              By: _____
                                              Christine K. Son
                                              Attorneys for Defendant Bayer
                                              Pharmaceuticals Corporation

---

3

BAYER PHARMACEUTICALS CORPORATION'S
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 7, 2007, I served the foregoing document described as **DEFENDANT BAYER PHARMACEUTICALS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** on all interested parties in this action as follows (or as on the attached service list):

Jo Ann Kingston
4200 Park Blvd., #271
Oakland, California 94602

☒   (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 7, 2007, at Los Angeles, California.

*Deborah J. Kelly*
Deborah J. Kelly

4

BAYER PHARMACEUTICALS CORPORATION'S
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
DE LEON ET AL. V. BAYER PHARMACEUTICALS CORPORATION