1  Catherine Valerio Barrad (SBN 168897)
   cbarrad@sidley.com
2  Christine K. Son (SBN 223190)
   cson@sidley.com
3  J.P. Pecht (SBN 233708
   jpecht@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
6  Facsimile: (213) 896-6600

7

   Attorneys For Defendant
8  Bayer Pharmaceuticals Corporation

9

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LUPE DE LEON and ANN MACIAS DE LEON, | Case No.  CGC-07-6206-BZ |
| Plaintiffs, | Complaint Filed:  May 17, 2007 |
| v. | **PROOF OF SERVICE** |
| BAYER PHARMACEUTICALS CORPORATION; DOES ONE through ONE HUNDRED, and each of them, | |
| Defendants. | |

---

**PROOF OF SERVICE**
*DE LEON V. BAYER CORPORATION*

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 11, 2007, I served the foregoing documents: 1) ECF Registration Information Handout; 2) Welcome to the U.S. District Court, San Francisco; 3) Notice of Assignment of Case to a United States Magistrate Judge for Trial; 4) Order Setting Initial Case Management Conference And ADR Deadlines; and 5) Standing Order for All Judges of the Northern District of California on all interested parties in this action as follows:

Jo Ann Kingston
4200 Park Blvd., #271
Oakland, California 94602

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 11, 2007, at Los Angeles, California.

*Rosemary Franchimone*