Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine K. Son (SBN 223190)
cson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Defendant,
Bayer Pharmaceuticals Corporation

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE DE LEON and ANNA MACIAS DE LEON, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER PHARMACEUTICAL CORPORATION; DOES ONE through ONE HUNDRED, and each of them, <br><br> Defendants. | Case No. C 07-06206 BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  December 20, 2007         SIDLEY AUSTIN LLP

By:   /s/ Catherine Valerio Barrad
        Catherine Valerio Barrad
        Christine K. Son

Attorneys for Defendant Bayer Pharmaceuticals Corporation

---

1

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
Case No. C 07-06206 BZ