LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
EMILY C. WECHT (State Bar #240106)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE DE LEON and ANNA MACIAS DE LEON,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER PHARMACEUTICALS CORPORATION and DOES ONE through ONE HUNDRED, and each of them,<br><br>Defendants. | Case No. CV 07-06206 CW<br><br>**STIPULATION TO SUBSTITUTION OF COUNSEL** |

The undersigned hereby agree that Khaldoun A. Baghdadi, Esq. and Emily C. Wecht, Esq. of Walkup, Melodia, Kelly, and Schoenberger will represent Lupe De Leon and Anna De Leon in the above-referenced case. Joann Kingston, Esq. will no longer represent Lupe De Leon and Anna De Leon in the above referenced case.

I, Emily C. Wecht, attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

| | |
|---|---|
| Dated: February 21, 2008 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

_____/S/_____
EMILY C. WECHT

KINGSTON LAW OFFICE

_____/S/_____
JOANN KINGSTON

_____/S/_____
LUPE DE LEON

_____/S/_____
ANNA DE LEON

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE CLAUDIA WILKEN
District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210