NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NITZBERG by and through his guardian ad litem, ELENA STORER, and MATTHEW NITZBERG by and through his guardian ad litem, ELENA STORER, and ELENA STORER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, and DOES TWO, through ONE HUNDRED, and each of them,<br><br>Defendants. | Case Number C-07-04399 CW<br><br>**NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil L.R. 3-12 and 7-11]<br><br>Reference Case: *Carol Minard, et al. v. Bayer Corporation, et al.,* Case No. C 08-00739 JSW<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

PLEASE TAKE NOTICE that on April 24, 2008 at 2:00 p.m., or as soon thereafter as the matter can be heard before the Honorable Claudia Wilken, United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, California, Plaintiffs Carol Minard, Jerry Greenmyer, Linda L. Greenmyer, Robert Covell, Margo Covell

and James Zanos will and hereby do move the Court for an order granting Plaintiffs' Motion for Administrative Relief to Consider Whether Cases Should Be Related.

This motion is based on this Notice, Motion for Administrative Relief to Consider Whether Cases Should be Related, Declaration of Rachel Abrams, all papers filed in relation to Plaintiffs' Motion filed concurrently herewith, the complete files and records in this action, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED: March 10, 2008

HERSH & HERSH
A Professional Corporation

By _____
RACHEL ABRAMS
Attorneys for Plaintiffs