LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
EMILY C. WECHT (State Bar #240106)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE DE LEON and ANNA MACIAS DE LEON,<br><br>                                    Plaintiffs,<br><br>                                    v.<br><br>BAYER PHARMACEUTICALS CORPORATION and DOES ONE through ONE HUNDRED, and each of them,<br><br>                                    Defendants. | Case No. CV 07-06206 CW<br>  ORDER GRANTING<br>**STIPULATION TO SUBSTITUTION OF COUNSEL** |

The undersigned hereby agree that Khaldoun A. Baghdadi, Esq. and Emily C. Wecht, Esq. of Walkup, Melodia, Kelly, and Schoenberger will represent Lupe De Leon and Anna De Leon in the above-referenced case.  Joann Kingston, Esq. will no longer represent Lupe De Leon  and Anna De Leon in the above referenced case.

I, Emily C. Wecht, attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

1  Dated: February 21, 2008

WALKUP, MELODIA, KELLY & SCHOENBERGER

2

3                                                  _____/S/_____

4                                                  EMILY C. WECHT

5

6                                                  KINGSTON LAW OFFICE

7

8                                                  _____/S/_____

9                                                  JOANN KINGSTON

10

11

12

13                                                 _____/S/_____

14                                                 LUPE DE LEON

15

16

17                                                 _____/S/_____

18                                                 ANNA DE LEON

19

20

21  IT IS SO ORDERED.

22  Dated:     3/10/08

23

24                                                 _____

25                                                 THE HONORABLE CLAUDIA WILKEN
                                                   District Court Judge

26

27

28

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION TO SUBSTITUTION OF COUNSEL - CASE NO. CV 07-06206 CW