# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE DE LEON and ANNA MACIAS DE LEON, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYER PHARMACEUTICAL CORPORATION; DOES ONE through ONE HUNDRED, and each of them, <br><br> Defendants. | Case No. 3:07-CV-06206-CW <br><br> Assigned to: Hon. Claudia Wilken <br><br> **ORDER RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO STAY PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION PURSUANT TO LOCAL RULE 7-11** |

**[PROPOSED] ORDER**
**Case No. 3:07-CV-06206-CW**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Defendant's Motion for Administrative Relief to Stay Proceedings Pending Transfer to Multidistrict Litigation Pursuant to Local Rule 7-11:

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendant's motion to transfer.

This _21st___ day of March, 2008.

*[signature: Claudia Wilken]*

_____
Hon. Claudia Wilken
United States District Judge