**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 16, 2008

U.S. District Court
Southern District of Florida
701 Clematis Street, Rm. 402
W. Palm Beach, FL 33401

RE: CV 07-6206-CW Lupe De Leon, et al v. Bayer Pharmaceuticals Corp.

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith (via -email) are:

  ☒ PDF documents of:

    1.  Notice of removal
    2.  Docket sheet
    3.  MDL transfer order

.

  Sincerely,
  RICHARD W. WIEKING, Clerk


  by:  Clara Pierce
  Case Systems Administrator